IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KIMBERLY E. BUTLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No.: 1:23-cv-00124-SRF |
| DISCOVER FINANCIAL SERVICES d/b/a Discover, | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through the undersigned counsel and subject to approval by the Court, that Plaintiff's claims against Defendant Discover Financial Services d/b/a Discover, are hereby dismissed with prejudice, with each party bearing their own costs.

| KATE BUTLER LAW LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/Kate Butler* | /s/ Elise Wolpert |
| Kate Butler, Esquire (No. 6017) | Elise K. Wolpert (No. 6343) |
| 1509 Gilpin Avenue, Suite 3 | 1000 North King Street |
| Wilmington, DE 19806 | Wilmington, Delaware 19801 |
| Telephone: (302) 966-9994 | Telephone: (302) 571-6623 |
| Facsimile: (302) 844-9150 | Facsimile: (302) 576-3750 |
| Email: kate@katebutlerlaw.com | Email: ewolpert@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: February 20, 2024 | Dated: February 20, 2024 |

SO ORDERED this ___ day of _____, 2023.

_____
Honorable Sherry R. Fallon

31113066.1